585 A.2d 349
STATE OF NEW JERSEY v. JOHN A. DELESANDRO, III.

July 17, 1990.

Petition for certification denied.

585 A.2d 349
IN THE MATTER OF THE ESTATE OF PHILIP E. JANKOWITZ.

LIONEL J. ALEXANDER, ET AL. v. NIEU MANVILLE REALTY
CORP. AND ELSIE CUTLER, ETC., ET AL.

July 17, 1990.

Petition for certification denied.

585 A.2d 349
MARY ANN VUOCOLO, ETC. v. DIAMOND SHAMROCK
CHEMICALS COMPANY.

July 17, 1990.

Petition for certification denied.   (See 240 *N.J.Super.* 289,
573 *A.*2d 196)

585 A.2d 350
STATE OF NEW JERSEY v. DONALD M. HENRY.

July 17, 1990.

Petition for certification denied.